UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Electrical Industry Service Bureau, Inc.; et al.

No. C 08-02929 JCS

Plaintiff(s),

v.

Southeast Electrical Contractors; et al.

DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE

Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 6/26/2008

Signature: [signature]

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

# PROOF OF SERVICE BY MAIL

I, the undersigned, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 44 Montgomery Street, Suite 2080, San Francisco, CA 94104-6702.

On Tuesday, July 01, 2008 I served the within

## *Declination to Proceed Before a Magistrate Judge*
## *&*
## *Request for Reassignment to a United States District Judge*

on the parties in said cause following our business practice, with which I am readily familiar. On the same day that correspondence is placed for collection and mailing, it is deposited, in the ordinary course of business, with the United States Postal Service in a sealed envelope with postage fully prepaid. I placed a true copy of the within document enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and deposit on the date shown below in the United States mail at San Francisco, California, addressed as follows:

SOUTHEAST ELECTRICAL CONTRACTORS
1767 OAKDALE AVENUE
SAN FRANCISCO, CA 94124

James Arthur Richards
SOUTHEAST ELECTRICAL CONTRACTORS
1767 OAKDALE AVENUE
SAN FRANCISCO, CA 94124

I declare under the penalty of perjury that the foregoing is true and correct, and that this declaration was executed on Tuesday, July 01, 2008 at San Francisco, California.

_____
Judy Dunworth