SCOTT M. DENARDO, ESQ. (216749)
NEYHART ANDERSON FREITAS FLYNN & GROSBOLL
44 Montgomery Street, Suite 2080
San Francisco, California  94104
Telephone: (415) 677-9440
Attorneys for: PLAINTIFF

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff(s)   : ELECTRICAL INDUSTRY SERVICE BUREAU, INC.
Defendant(s) : SOUTHEAST ELECTRICAL CONTRACTORS, et al.

Hearing Date:
Time:            Dept.

| Invoice No. W2498829 | DECLARATION RE DILIGENCE | Case No. CV 08 2929 JCS |

I Stephen Sabol, and any employees or independent contractors retained by WHEELS OF JUSTICE, INC. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on

## SOUTHEAST ELECTRICAL CONTRACTORS

(3)  Alternate Address : ,
(2)  Business Address  : Unknown,
(1)  Residence Address: 1767 Oakdale Avenue, San Francisco, California  94124

<u>Date and time of attempt(s):</u>

06/26/08              7:48 p.m.           [ss]
Per Afro/Am male, location is the "Brown Residence".  No one by this name lives here.
(45 yrs/5'10"/AA/250 lbs/M/br hr)

07/14/08              7:10 a.m.           [ss]
No answer

07/16/08              2:26 p.m.           [ss]
No answer

07/17/08              6:37 p.m.
Served "JANE DOE", spoke to server from 2nd story window and she refused to accept.  Server left documents at front door and announced service.

7/18/08
Copies mailed

This Declaration is based upon business records maintained in the normal course of business
I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on July 22, 2008              Signature: _____
                                                     Stephen Sabol

**WHEELS OF JUSTICE, INC.,** 657 Mission Street, Suite 502, San Francisco, CA  94105  (415) 546-6000
Printed on recycled paper

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT M. DENARDO, ESQ. (216749)<br>NEYHART ANDERSON FREITAS FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, California  94104 | (415) 677-9440 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2498829 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ELECTRICAL INDUSTRY SERVICE BUREAU, INC.

Defendant:
SOUTHEAST ELECTRICAL CONTRACTORS, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2929 JCS |
|---|---|---|---|---|

I, Stephen Sabol, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE TO ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT INFORMATION SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant            : SOUTHEAST ELECTRICAL CONTRACTORS

By Serving           : "JANE DOE" person in charge on behalf of JAMES ARTHUR RICHARDS, owner

Address              : 1767 Oakdale Avenue, San Francisco, California  94124
Date & Time          : Thursday, July 17, 2008 @ 6:37 p.m.
Witness fees were    : Not applicable.

Person serving:
Stephen Sabol
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  382
   (3) County: San Francisco
   (4) Expires: 1/9/2009

I declare under penalty of perjury under the laws of the State of California a that the foregoing is true and correct.

Date: July 22, 2008                              Signature: _____
                                                            Stephen Sabol



| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| SCOTT M. DENARDO, ESQ. (216749)<br>NEYHART ANDERSON FREITAS FLYNN & GROSBOLL<br>44 Montgomery Street, Suite 2080<br>San Francisco, California  94104 | (415) 677-9440 | |
| Attorneys for: PLAINTIFF | Ref. No. Or File No.<br>W2498829 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
ELECTRICAL INDUSTRY SERVICE BUREAU, INC.

Defendant:
SOUTHEAST ELECTRICAL CONTRACTORS, et al.

| **POS BY MAIL** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2929 JCS |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and not a party to this action.
On July 18, 2008, I served the within:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE TO ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; WELCOME TO THE U.S. DISTRICT COURT INFORMATION SHEET; CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT

on the defendant in the within action by placing a true copy in a sealed envelope with postage fully prepaid for first class in the United States mail at San Francisco, California, addressed as follows:

SOUTHEAST ELECTRICAL CONTRACTORS
1767 Oakdale Avenue
San Francisco, California  94124

Person serving:
Scott Simons
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone:  (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  542
   (3) County:  San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 22, 2008                      Signature: _____
                                                    Scott Simons


Printed on recycled paper

Judicial Council form, rule 982(a) (23)