IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
ELECTRICAL INDUSTRY SERVICE BUREAU,        No. C 08-02929 CW
INC. ET AL,
                                           ORDER
          Plaintiff,

     v.

SOUTHEAST ELECTRICAL CONTRACTORS, et
al.,

          Defendants.
                                      /
```

    Default having been entered by the Clerk on September 18, 2008 as to Southeast Electrical Contractors and James Arthur Richards,

    IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar. The Magistrate Judge shall prepare findings and recommendation on the motion.

    IT IS FURTHER ORDERED that the Case Management Conference previously set for September 23, 2008, is continued to December 23, 2008, at 2:00 p.m.

Dated: 9/22/08

CLAUDIA WILKEN
United States District Judge

cc: Wings