IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, | No. C 08-2929 CW (MEJ) |
| Plaintiff(s), | **NOTICE OF REFERENCE** |
| vs. | |
| SOUTHEAST ELECTRICAL CONTRACTORS, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on Plaintiff's Motion for Default Judgment. Accordingly, the Court shall conduct a hearing on December 11, 2008 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, Defendants shall file any opposition to Plaintiff's motion by November 20, 2008, and Plaintiff shall file any reply by November 27. If Defendants do not file an opposition, Plaintiff shall file detailed proposed findings of fact and conclusions of law, which shall address the factors in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), by November 27.

When filing papers that require the Court to take any action (e.g. motions, meet and confer

letters, administrative requests), the parties shall, in addition to filing papers electronically, lodge with chambers a printed copy of the papers by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy." Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

**Plaintiff shall serve this order upon all other parties in this action**. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: October 30, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2