IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, | No. C 08-2929 CW (MEJ) |
| Plaintiff(s), | **ORDER VACATING HEARING RE: DEFAULT JUDGMENT MOTION** |
| vs. | |
| SOUTHEAST ELECTRICAL CONTRACTORS, et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On October 30, 2008, the Court scheduled a December 11, 2008 hearing date regarding Plaintiff's motion for default judgment. As Plaintiff has now filed a voluntary dismissal, the Court hereby VACATES the December 11 hearing.

**IT IS SO ORDERED.**

Dated: November 3, 2008

MARIA-ELENA JAMES
United States Magistrate Judge